L.B.F. 2016-4

## STATEMENT OF PRO SE DEBTOR

Debtor's Name **James Cooper**   Case No. _____

Address **24 Beech St, Pottstown, PA 19464**   Chapter of Case **13**

Telephone Number (home) **484-948-9248**   Date Case Filed **03/25/2024**

Telephone Number (work) **484 447 9574**

1. List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

   **Lacy Cooper**
   **24 Beech St, Pottstown, PA 19404**
   **484-948-9248**

2. State how you were referred to the person or business named above or the source of advertisement you responded to.

   **My daughter is helping me.**

3. a. Total fee charged by person or business named above  $ **0**

   b. Amount of fee paid as of the date you filed bankruptcy $ **0**

   c. Did the preparer tell you the amount of court costs that must be paid to file your case?
   
   (**YES**)   NO   (circle one)

4. Were various chapters or types of bankruptcy explained to you?

   (**YES**)   NO   (circle one)

   Other Comments _____

5. Did the preparer explain to you that you have the right to claim certain property as exempt?

   (**YES**)   NO   (circle one)

[FILED 2024 MAR 25 PM 3:34 US BANKRUPTCY COURT]

6. Did the preparer give you a copy of the papers he prepared for you?

(YES)    NO    (circle one)

Date: 3/25/2024    *James H Cooper* (signature)